1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                         CENTRAL DISTRICT OF CALIFORNIA

10   QUINCY SAMUEL WEATHERSPOON,     )   CASE NO. ED CV 08-407-VBF (PJW)
                                     )
11                  Petitioner,      )
                                     )   ORDER ACCEPTING REPORT AND
12            v.                     )   ADOPTING FINDINGS, CONCLUSIONS,
                                     )   AND RECOMMENDATIONS OF UNITED
13   DEBRA DEXTER,                   )   STATES MAGISTRATE JUDGE
                                     )
14                  Respondent.      )
                                     )
15   ────────────────────────────────

16        Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition,

17   the records on file, and the Report and Recommendation of United

18   States Magistrate Judge.  No objections to the Report and

19   Recommendation have been filed.  The Court accepts the Magistrate

20   Judge's Report and adopts it as its own findings and conclusions.

21

22        DATED:   October 3, 2008

23

24

25                               Valerie Baker Fairbank
                                 _____
26                               VALERIE BAKER FAIRBANK
                                 UNITED STATES DISTRICT JUDGE
27

28   C:\Temp\notesFFF692\R&R.wpd