UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUINCY SAMUEL WEATHERSPOON,<br><br>              Petitioner,<br><br>    v.<br><br>DEBRA DEXTER,<br><br>              Respondent. | Case No. ED CV 08-407-VBF (PJW)<br><br>J U D G M E N T |

    Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that the Petition is denied and this action is dismissed without prejudice.

    DATED: <u>October 3, 2008</u>

*Valerie Baker Fairbank*
_____
VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE

C:\Temp\notesFFF692\Judgment.wpd